No. 544. WHITTINGTON *v.* UNITED STATES. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hall Etter* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 562. EDWARDS *v.* UNITED STATES. January 31, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Hugh H. Obear* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 571. RUCKER ET AL. *v.* FIRST NATIONAL BANK. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Harold E. Rorschach* and *Jack L. Rorschach* for petitioners.

No. 603. BEILFUSS *v.* CALIFORNIA. See *ante,* p. 746.

No. 552. CROWN CAN CO. *v.* NATIONAL LABOR RELATIONS BOARD. February 7, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. W. R. Mayne* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.